Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50072-all | **DATE** | December 18, 2007 |
| **CASE TITLE** | USA VS M. FUCHS, F. ANAST & J. GIBSON | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the December 2006 Session, a quorum being present, returns the above-entitled indictment in open Court this date before
HONORABLE JUDGE P. MICHAEL MAHONEY
The clerk's office is directed to issue notices. Arraignment as to M. Fuchs & J. Gibson set for December 21, 2007 at 2:30 pm. Arraignment as to F. Anast set for December 20, 2007 at 2;30 pm.

Grand Jury for the December 2006 Session,

By: _____ Foreperson.

United States Attorney: Scott Verseman

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | | number of notices |
| | Notices mailed by judge's staff. | FILED | |
| | Notified counsel by telephone. | | date docketed |
| ✓ | Docketing to mail notices. | DEC 18 2007 | |
| | Mail AO 450 form. | | docketing deputy initials |
| | Copy to judge/magistrate judge. | Magistrate Judge P. Michael Mahoney U.S. DISTRICT COURT | |
| GG | courtroom deputy's initials | | date mailed notice |
| | | Date/time received in central Clerk's Office | mailing deputy initials |