# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                      Case Number: 07CR50072

USA
v.
Mitchell A. Fuchs

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**FILED**

DEC 2 1 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) David A. Caulk | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ David A. Caulk | |
| FIRM David A. Caulk, Attorney at Law | |
| STREET ADDRESS 321 W. State St., Ste. 1204 | |
| CITY/STATE/ZIP Rockford, IL 61101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3126941 | TELEPHONE NUMBER 815/964-9000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |