## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50072 - 1 | **DATE** | 12/21/2007 |
| **CASE TITLE** | USA vs. MICHAEL FUCHS | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to notice with retained counsel David Caulk. Defendant enters plea of not guilty to indictment. Defendant informed of rights. 16.1 conference to be held by December 28, 2007. Defendant's oral motion for time to February 20, 2008 to file pretrial motions is granted. USA's oral motion for the time of December 21, 2007 to and including February 20, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for February 20, 2008 at 11:00 am. Bail hearing held. Enter order setting conditions of release.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:07-cr-50072   Document 8   Filed 12/21/2007   Page 1 of 1

07CR50072 - 1 USA vs. MICHAEL FUCHS                                                                 Page 1 of 1