## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50072 - 1 | **DATE** | 4/2/2008 |
| **CASE TITLE** | USA vs. MITCHEL FUCHS | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's oral motion for an extension of time to May 1, 2008 to file pretrial motions is granted. USA's oral motion for the time of April 2, 2008 to and including May 1, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for May 1, 2008 at 11:00 am.

Notices mailed by Judicial staff.

00:10

07CR50072 - 1 USA vs. MICHAEL FUCHS   Page 1 of 1