# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50072 - 1 | **DATE** | 5/20/2008 |
| **CASE TITLE** | USA vs. MITCHEL FUCHS | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Counsel report defendant ready for transfer. Defendant is transferred to Judge Kapala's calendar. Defendant's oral motion for an extension of time to June 20, 2008 to file pretrial motions is granted. USA's oral motion for the time of May 20, 2008 to and including June 20, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set before Judge Kapala for June 20, 2008 at 2:30 pm.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|