# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50072 - 1 | **DATE** | 6/6/2008 |
| **CASE TITLE** | USA vs. Mitchel Fuchs | | |

**DOCKET ENTRY TEXT:**

USA's agreed motion for early return of trial subpoenas is granted as to both sides.

*/s/ Frederick J. Kapala*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|