## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50072 - 1 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Mitchel Fuchs | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Change of plea hearing reset for 2:30 p.m. on July 24, 2008. Defendant's oral motion for extension of time to July 24, 2008 to file pretrial motions is granted. USA's oral motion for excludable time from June 18, 2008 through and including July 24, 2008 pursuant to 18 USC 3161(h)(1)[X-H] is granted. Defendant's oral motion to modify conditions of bond to allow travel to Wisconsin for a family function from July 11-20, 2008 is granted.

Notices mailed by Judicial staff.

00:30

| | Courtroom Deputy Initials: | sw |
|---|---|---|