# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                          Case No.: 3:07−cr−50072
                                              Honorable Frederick J. Kapala

Mitchel A Fuchs, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

    MINUTE entry before the Honorable Frederick J. Kapala as to Mitchel A Fuchs: Status hearing held. Change of plea hearing reset for 10:30 a.m. on August 7, 2008. Defendant's oral motion for extension of time to August 7, 2008 to file pretrial motions is granted. United States' oral motion for excludable time from July 24, 2008 through and including August 7, 2008 pursuant to 18 USC 3161(h)(1) is granted. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.