## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50072-1 | **DATE** | 9/5/2008 |
| **CASE TITLE** | USA vs. Mitchell Fuchs | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Motions in limine, additional voir dire questions, 404(b) notice, expert witness notice, and any Santiago proffer due October 8, 2008. Any FRE 609 motion in limine shall reference the type, date, and jurisdiction of the relevant conviction(s). Responses to motions in limine and government's proposed jury instructions due October 15, 2008. Potential witness list with cities of residence, list of those to be seated at counsel table, agreed statement of case, and defendant's additional proposed jury instructions due October 22, 2008. Exhibit lists due the morning of trial.

Notices mailed by Judicial staff.

00:30

| | Courtroom Deputy Initials: | sw |
|---|---|---|